UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHONY MALIK ELLIS,

            Plaintiff,                       16 **CIVIL** 8452 (KMK)

      -against-                       **JUDGMENT**

LT. CATALANO, et al.,

            Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 23, 2020, Defendants' Motion for Summary Judgment is granted in part and denied in part; Claims against all Defendants other than Sonko and Montgomery are hereby dismissed with prejudice; Plaintiff's excessive force claims against Sonko and Montgomery, based on their conduct toward Plaintiff on the evening of September 11, 2016, remain; judgment is entered in favor of all Defendants except for Sonko and Montgomery.

**Dated:**  New York, New York
         April 27, 2020

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                   **Clerk of Court**
                             **BY:**
                                                    **Deputy Clerk**